MATTHEW HEIMLICH, ESQUIRE – Admitted *Pro Hac Vice*
McVEY & PARSKY, LLC
30 North LaSalle Street, Suite 2100
Chicago, IL 60602
Telephone: (312) 551-2130
Facsimile: (312) 551-2131

Attorneys for Defendant/Counter-Plaintiff
MATTHEW SHERRIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HSIN TUNG YANG FOODS COMPANY, DBA NEW HORIZON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW SHERIFF,<br><br>Defendant. | Case No. 17-cv-01417-MEJ<br><br>**PARTIES' JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c)(2) of the Federal Rules of Civil Procedure, and the Settlement Agreement between the parties, Plaintiff HSIN TUNG YANG FOODS COMPANY, DBA NEW HORIZON and Defendant MATTHEW SHERIFF, by and through their respective undersigned attorneys, hereby submit the following Stipulation for Dismissal with Prejudice:

1. The Parties deny any liability as to the claims and counter-claims asserted against each other.

2. The Parties shall bear their own attorneys' fees and costs.

3. The Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement.

WHEREFORE, the Parties hereby request this Honorable Court to enter an order dismissing the above matter with prejudice, including all claims, counterclaims and causes of action and for such other and further relief as the Court may deem appropriate.

Dated: September 27, 2018  */s/ Elizabeth A. Fritzinger*
ELIZABETH FRITZINGER, Counsel for Plaintiff, HSIN TUNG YANG FOODS COMPANY, DBA NEW HORIZON

Dated: September 27, 2018  *s/Matthew Heimlich*
MATTHEW HEIMLICH, Counsel for Defendant, MATTHEW SHERIFF

Dated: 9/27/2018



GRANTED
Judge Thomas S. Hixson